UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 2: 24-027-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| JON HAMBRICK, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

United States Magistrate Judge Edward B. Atkins held a re-arraignment hearing for Defendant Jon Hambrick during which he pled guilty to Count 2 of the Indictment. [Record No. 121] During the hearing, Magistrate Judge Atkins conducted a plea colloquy with Hambrick and was satisfied that the defendant's consent was knowing, voluntary, and intelligent and occurred orally, in writing, and under oath. [Record No. 124] Magistrate Judge Atkins then issued an order on November 11, 2024, recommending that the defendant's guilty plea be accepted and the defendant be adjudged guilty. *Id.* Neither party has tendered objections to the recommendations and the time to do so has expired.

Although the Court makes *de novo* determinations of those parts of a magistrate judge's recommendations to which an objection is made, 28 U.S.C. § 636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file

objections to a magistrate judge's report and recommendation waives the right to appeal. *See United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008).

Being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Recommendation of Magistrate Judge Edward B. Atkins [Record No. 124] is **ADOPTED** and **INCORPORATED**, in full.

2. The Court accepts Defendant Jon Hambrick's plea of guilty and finds that he is **ADJUDGED GUILTY** of the offense charged in Count 2 of the Indictment.

3. This matter is scheduled for a sentencing hearing before the undersigned beginning at the hour of **10:00 a.m.** on **Monday, January 26, 2026**, at the United States Courthouse in **Covington**, Kentucky.

Dated: November 25, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky